B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**City Realtors, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3889581** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6900 W. Belmont**<br>**Chicago, IL**<br>ZIP Code **60634** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **City Realtors, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **City Realtors, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____ Signature of Debtor | X _____ Signature of Foreign Representative |
| X _____ Signature of Joint Debtor | _____ Printed Name of Foreign Representative |
| _____ Telephone Number (If not represented by attorney) | _____ Date |
| _____ Date | |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ Richard N. Golding** Signature of Attorney for Debtor(s) **Richard N. Golding 0992100** Printed Name of Attorney for Debtor(s) **Law Offices of Richard N. Golding, PC** Firm Name **500 North Dearborn Street Second Floor Chicago, IL 60610-4900** Address Email: RGOLDING@GOLDINGLAW.NET **(312) 832-7885  Fax: (312) 755-5720** Telephone Number **November 20, 2009** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X **/s/ Martin Lata** Signature of Authorized Individual **Martin Lata** Printed Name of Authorized Individual **President** Title of Authorized Individual **November 20, 2009** Date | |

```
1551 Kingsbury Partners, LLC
P.O.Box 9
Barrington, IL 60010


Abrams & Abrams, PC
180 W. Washington St., Suite 910
Chicago, IL 60602


ADT Security Services
14200 E. Exposition Ave.
Aurora, CO 80012


Advanta Bank Corp
P.O.Box 8088
Philadelphia, PA 19101-1256


Afni, Inc.
404 Brock Drive
PO Box 3427
Bloomington, IL 61702-3427


Allied Interstate, Inc.
P.O. Box 361774
Columbus, OH 43236


American Express
Credit Dept.
P.O. Box 981540
El Paso, TX 79998-1540


Americollect Inc.
P.O. Box 1566
Manitowoc, WI 54221-1566


Ampol Development Co., Inc.
P.O.Box 564483
Chicago, IL 60656


ARC Disposal Company
P.O. Box 9001822
Louisville, KY 40290


ARM
P.O. Box 129
Thorofare, NJ 08086
```

Asset Accceptance LLC
P.O. Box 2036
Warren, MI 48090-2036


AT&T
Attn: Bankruptcy Dept.
5407 Andrews Highway
Midland, TX 79706


ATG Credit LLC
P.O. Box 14895
Chicago, IL 60614-4895


Barry Serota & Assoc.
PO Box 1008
Arlington Heights, IL 60006


Brinks
PO Box 70834
Charlotte, NC 28272-0834


Bronson & Micliaccio LLP
415 Lawrence Bell Drive
Williamsville, NY 14221


Brown & Joseph Ltd.
PO Box 59838
Schaumburg, IL 60159-0838


Bureau of Collection Recovery
P.O. Box 9001
Minnetonka, MN 55345-9001


Capital One Bank
P.O. Box 6492
Carol Stream, IL 60197-6492


Capital One Bank
P.O. Box 5294
Carol Stream, IL 60197-5294


Capital One Bank ( USA ) N.A.
c/o TSYS Debt Management
P.O. Box 5155
Norcross, GA 30091

```
CCSI
P.O. Box 34119
Memphis, TN 38184


Citi Cards
Processing Center
Des Moines, IA 50363


Citicorp Credit Services
P.O. Box 1503
Saint Peters, MO 63376


City of Chicago
Dept. of Revenue
P.O. Box 4956
Chicago, IL 60680-4956


City of Chicago
Dept. of Business Affairs
121 N. LaSalle St., Rm. 800
Chicago, IL 60602


Client Services
3451 Harry Truman Blvd
Saint Charles, MO 63301-4047


ComEd
Bankruptcy Dept.
P.O. Box 87522
Chicago, IL 60680


Cook County Treasurer
PO Box 4468
Carol Stream, IL 60197-4468


Corporate Receivables, Inc.
P.O. Box 32995
Phoenix, AZ 85064-2995


Daniel G. Lavner & Assoc. PC
1424 W Division St.
Chicago, IL 60622
```

```
Dell Financial Services, LLC
PO Box 81577
Austin, TX 78708-1577


Discover Card
P.O. Box 30423
Salt Lake City, UT 84130


Elizabeth Passo
Address Unknown


Elliot & Assoc.
1430 Lee St.
Des Plaines, IL 60018


Euler Hermes UMA
600 S. 7th St.
Louisville, KY 40201-1672


Firstsource Advantage LLC
P.O.Box 628
Buffalo, NY 14240-0628


Freedman & Riley
PO Box 3228
Naperville, IL 60566-7228


Freedman Anselmo Lindberg & Rappe
1807 W. Diehl Rd., Ste. 333
Naperville, IL 60566


Gladstone Corners, LLC
O'Hare Lake Office Park
2250 E. Devon Ave, Suite 225
Des Plaines, IL 60018


HSBC Business Solutions
P.O.Box 5239
Carol Stream, IL 60197-5239


HSBC Card Services
P.O.Box 37281
Baltimore, MD 21297-3281
```

```
HSBC Card Services
P.O.Box 17313
Baltimore, MD 21297-3281


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9035


Internal Revenue Service
District Director
230 S. Dearborn Street
Chicago, IL 60651


Jeffrey A. Albert
The Albert Law Firm, PC
205 W. Randolph St., Ste. 920
Chicago, IL 60606


Joseph, Mann & Creed
PO Box 22253
Beachwood, OH 44122-0253


Konica Minolta Business
PO Box 550599
Jacksonville, FL 32255-0599


Law Office of John Zelenka
236 E. Northwest HWY
Palatine, IL 60067


Law Offices of Mitchell Kay
P.O. Box 2374
Chicago, IL 60690


Leaf Financial Corp.
2005 Market St.
Philadelphia, PA 19103


Lorne T. Saeks
Much Shelist Denenberg Ament
191 N. Wacker Dr., Ste. 1800
Chicago, IL 60606
```

Malcolm S. Gerald & Assoc.
332 S. Michigan Ave., Ste. 600
Chicago, IL 60604


McBee Systems Inc
P.O. Box 88042
Chicago, IL 60680-1042


McLeod USA
PO Box 3177
Cedar Rapids, IA 52406-3177


McLeod USA
PO Box 3243
Milwaukee, WI 53201


McMahon & Siyunick, Ltd.
412 S. Wells St.
6th Flr.
Chicago, IL 60607


Merchants Credit Guide Co.
223 W. Jackson Blvd.
Chicago, IL 60606


Nancy Nimz
3 Lincoln Center, 4th Flr.
Oakbrook Terrace, IL 60181


Nationwide Credit, Inc.
2015 Vaughn Rd. NW
Bld. 400
Kennesaw, GA 30144-7801


NCI
2015 Voughn Rd. NW, Bldg. 400
Kennesaw, GA 30144-7801


NCO Financial Systems Dept. 72
P.O. Box 15630
Wilmington, DE 19850

```
Nelson Watson & Assoc
80 Merrimac St.
Lower Level
Haverhill, MA 01830


Office Depot
Dep. 69-00828887
P.O.Box 6716
The Lakes, NV 88901-6716


OMS
P.O. Box 150463
Hartford, CT 06115-0463


Paetec
PO Box 323
Milwaukee, WI 53201-3243


Palisades Collection
P.O. Box 1244
Englewood Cliffs, NJ 07632


Pentech
P.O.Box 712461
Cincinnati, OH 45271


People's Gas
130 E. Randolph Drive
Chicago, IL 60601


Performance Source II Ltd.
PO Box 300783
Chicago, IL 60630-0783


Phillipp & Cohen Assoc.
1002 Justison St.
Wilmington, DE 19801


Pipeline Data Processing
PO Box 1101
Alpharetta, GA 30009-1101


Portfolio Recovery Associates
P.O. Box 12914
Norfolk, VA 23541
```

```
Pro Consulting Services
Collection Division
P.O. Box 66768
Houston, TX 77266-6768


Resurgent Capital services
P.O. 10826
Greenville, SC 29603-0826


RMS
4836 Brecksville Rd.
PO Box 532
Richfield, OH 44286


Santa Barbara Bank & Trust
PO Box 60839
Santa Barbara, CA 93160-0839


Southwest Credit
5910 W. Plano Parkway, Ste. 100
Plano, TX 75093-4638


Staples Credit Plan
P.O.Box 689020
Des Moines, IA 50368-9020


Steven B Levit
Levit & Lipshutz
1120 W. Belmont Ave.
Chicago, IL 60657


Torres Credit Services
PO Box 189
Carlisle, PA 17013-0189


Tresser, Soderstrom, Maloney & Prei
233 S. Wacker Dr.
22nd Floor
Chicago, IL 60606-6399


Tribune Interactive
14891 Collection Center Drive
Chicago, IL 60693-0148
```

United Collection Bureau, Inc.
5620 Southwyck Blvd., Ste. 206
Toledo, OH 43614


United Recovery Systems LP
P.O.Box 722910
Houston, TX 77272-2910


Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842


Van Ru Credit Corp.
1350 E. Touhy Ave., Ste. 100E
Des Plaines, IL 60018-3307


VanCott, Bagley, Cornwall & McCarth
36 S. State St., Ste. 1900
P.O. Box 45340
Salt Lake City, UT 84111


Vengroff, Williams & Assoc.
PO Box 4155
Sarasota, FL 34230-4155


Wald Management Co., Inc.
2052 W. Irving Park
Chicago, IL 60618


Xerox Corp.
26600 SW Printer Parkway Ave.
Bldg. 60000 M/S 7060-275
Wilsonville, OR 97070


Yellow Pages USY
PO Box 3110
Jersey City, NJ 07303-3110